IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

FIRST-CITIZENS BANK & TRUST
COMPANY,

    Plaintiff,   3:10-cv-6054-PA

             **ORDER**

 v.

MISSCOM, LLC et. al.,

    Defendants.

**PANNER, J.**

  Plaintiff moves for summary judgment against the lone remaining defendant in this matter, Michael Liu. Judge Hogan previously granted plaintiff's motion as to another guarantor. See docket ## 199, 202, 204. Plaintiff alleges Liu signed as a guarantor of a loan that eventually went into default. There is no dispute that Liu signed the guarantee or that the loan went

1 - ORDER

into default. Therefore, plaintiff's motion for summary judgment (#74) is GRANTED as to Liu's liability.

However, as noted at oral argument, there is some dispute as to plaintiff's current damages, if any, resulting from the breach. For that reason, as stated at oral argument, on March 19, 2013 at 10:30 a.m. the Court will conduct a telephonic hearing as to plaintiff's damages and Liu's liability.

IT IS SO ORDERED.

DATED this __29__ day of January, 2013.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2  - ORDER